481 A.2d 318

**William FIORE, individually and trading and doing business
as Municipal and Industrial Disposal Company, Appellant,**

**v.**

**Charles DURITSA, Regional Solid Waste Manager, Department
of Environmental Resources, and Hugh V. Archer, Regional
Water Quality Manager, Bureau of Water Quality Manage-
ment, Department of Environmental Resources.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 1984.

Decided Sept. 24, 1984.

Harold Gondelman, Pittsburgh, for appellants.

Thomas F. Halloran, Jr., Deputy Atty. Gen., Pittsburgh,
for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-
MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

PAPADAKOS, J., dissents.